83,710-01

Mr. Ervin Kay                          August 3, 2015
TDCJ #1331828
Darrington Unit
Rosharon, Tx.  77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 07 2015

Abel Acosta, Clerk

TEXAS COURT OF CRIMINAL APPEALS
Attn: Court Clerk
P.O. Box 12308
Capitol Station
Austin, Tx. 78711


Re:  ENCLOSED "PETITION FOR WRIT OF MANDAMUS", CHALLENGE TO
     THE 262nd JUDICIAL DISTRICT COURT, Cause No. 1028331&
1028332

Dear Court Clerk:

Enclosed, please find an Original Copy of Relator's, "Petition For Writ Of Mandamus" to be filed before the Court, seeking to compel the lower court to alter an unwarranted five (5) year delay and Rule on the Constitutional Merits of his post-trial Claims, advanced in his 11.07., currently pending. Please file said 'Mandamus' before the Court, having the appropriate Jurisdiction over the same, at the Court's earliest convenience. Your help in filing said 'Mandamus' before the Court, having the appropriate Jurisdiction over the same, at the Court's earliest convenience, would be greatly appreciated. By copy of this letter and the enclosed 'Petition', I am forwarding a copy of the same to the Respondent, Hon. DENISE BRADLEY, Judge, 262nd Judicial District Court, Harris County, Texas.

Sincerely,

Ervin Kay
Relator pro Se
TDCJ #1331828

Cause No. _____

---

ERVIN KAY,                          §        In The Texas Court
(Relator)

vs.                                 §        Of Criminal Appeals

Hon. DENISE BRADLEY, Judge
262nd Judicial District Court,
(Respondent)                        §        Travis County, Texas

---

## PETITION FOR WRIT OF MANDAMUS

---

Challenge To Cause No. <u>1028331</u>& <u>1028332</u>
In The 262nd Judicial District Court
Harris County, Texas

---

TO THE HONORABLE JUDGES OF SAID COURT:

PLEASE TAKE NOTICE, that COMES NOW, ERVIN KAY, Relator, Pro Se, in the above styled cause, files this his "Petition For Writ Of Mandamus", in good faith, contending Due Process and the interest of justice would best be served by this Court Granting the same, and in support thereof, your Relator would present the following:

I.

## JURISDICTION

That this Honorable Court has Jurisdiction to entertain said 'Petition' pursuant to Art. 22.221, et.al., Government

Code, Art. 1 Sec. 10, Texas Constitution; U.S.C.A., Amend. 5;
14.

## II.

## PROCEDURAL HISTORY

That your Relator was charged with the Offense of Aggravated Robbery. Judgment was rendered against Relator September 29, 2005. Direct Appeal was advanced in the 14th Court of Appeals, located in Harris County, Texas. Relator subsequently filed a State habeas Petition before the Court, 262nd Judicial District Court, Hon. MIKE ANDERSON, on January 7, 2010. Relator challenged the Constitutionality of his confinement on the grounds of 'Involuntary Plea'; and 'Ineffective Assistance of Counsel.' Pursuant to the provisions of Art. 11.07 Sec 3, et.al., V.A.C.C.P., the State 'Designated Issues To Be Resolved'. Said 'Designation of Issues To Be Resolved', consisting of seven (7) distinct points for resolution, was signed by the Trial Court, and implemented more than five (5) years ago. As of this date, the 'Designation Of Issues' has yet to be resolved, pursuant to the provisions of Art. 11.07 Sec. 3.

## III.

## MINISTERIAL ACT

That your Relator asserts the act he seeks is wholly 'Ministerial'. Moreover, your Relator has no other remedy at

law to advance the Constitutional merits of his claims towards resolution, save for the filing of this his 'Petition For Writ Of Mandamus.' See <u>In Re Jackson</u>, 238 S.W. 3d 603, 605-606, (Tex. App. - Waco 2007); <u>Padieu v. Court Of Appeals</u>, 392 S.W. 3d 115, (Tex. Cr. App. 2013); Government Code, Art. <u>22.021</u>, et.al.; U.S.C.A., Amend. 5; 14.

## IV.

### UNREASONABLE DELAY

That your Relator challenged the Constitutionality of his confinement, contending, inter alia, his plea was rendered involuntarily, unknowingly and unintelligently, due to 'mental impairment' and Counsel's, JEROME GODINCH, rendering of unreasonable, ineffective assistance of Counsel. More than five (5) years has elasped since the 'Designation Of Issues' to be resolved. Said delay, in resolving Relator's factual allegations, is unreasonable. Relator has no other way to compel the speedy resolution of his claims, as required by the provisions of Art. 11.07 Sec. 3, et.al., save for the advancement of this his 'Petition For Writ of Mandamus.'

WHEREFORE, PREMISES, ARGUMENTS and AUTHORITIES CONSIDERED, your Relator prays and respectfully urge for this Honorable Court to Grant said 'Mandamus', to accord Relator the speedy resolution of his claim, in the interest of justice. Relator further prays this Court would determine the five (5) year delay is unreasonable, and that due process

would be best served by this Court compelling resolution of the same. Alternatively, your Relator prays for whatever other, further or different relief this Court deemed is just and proper, including the Ordering of an 'Evidentiary Hearing' to address the Constitutional Merits of Relator's Post-Trial, unresolved allegations of facts, material to the legality of his confinement, that warrants resolution to determine whether or not your Relator is patently confined in breach of the United States and Texas Constitution, in the interest of justice. It is so prayed for.

Respectfully submitted,

ERVIN KAY
Relator Pro Se
TDCJ #1331828
Darrington Unit
Rosharon, Tx. 77583

## AFFIDAVIT

PURSUANT TO TITLE 6, CHAPTER 132, V.T.C.A., CIVIL PRACTICE AND REMEDIES CODE, AND 28 U.S.C. § 1746:

I, ERVIN KAY, Relator Pro Se, being currently confined in the Texas Department of Criminal Justice - Institutional Division, at the Darrington Unit, located here in Brazoria County, Texas, have read the foregoing "PETITION FOR WRIT OF MANDAMUS", seeking to compel the Lower Court to respond, hereby DEPOSE AND DECLARE under the pain and penalties of PERJURY the foregoing 'Petition For Writ Of Mandamus' is true and correct to the best of Relator's belief and knowledge.

EXECUTED ON THIS THE __3rd__ DAY OF __August__, 2015.

ERVIN KAY
Relator Pro Se
TDCJ #1331828
Darrington Unit
Rosharon, Tx.  77583

## CERTIFICATE OF SERVICE

I, ERVIN KAY, Relator, Pro Se, files this his "PETITION FOR WRIT OF MANDAMUS", in good faith, and in the interest of justice, seeking to have the Higher Court compel the lower court to address the Constitutional Merits of his claims, hereby CERTIFY a true and correct legible copy of the foregoing "PETITION FOR WRIT OF MANDAMUS" was served upon the below named and listed parties by placing the same in the United States Mail, in a wrapper, with pre-paid postage affixed thereto, on this the 3rd day of August, 2015.

1.  TEXAS COURT OF CRIMINAL APPEALS
    Attn: Hon. ABEL ACOSTA, Clerk
    P.O. Box 12308, Capitol Station
    Austin, Tx. 78711

2.  HARRIS COUNTY COURTHOUSE
    262nd judicial District Court
    Hon. DENISE BRADLEY, Judge
    1201 Franklin St., 15th Fl.
    Houston, Tx. 77002

ERVIN KAY
Relator, Pro Se
TDCJ #1331828
Darrington Unit
Rosharon, Tx. 77583